UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADIHA MINER,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES FEDERAL GOVERNMENT,<br><br>      Defendant. | CASE NO. C19-1048JLR<br><br>ORDER DIRECTING THE CLERK TO TRANSFER THE COMPLAINT TO MS19-0106JLR PURSUANT TO THE COURT'S VEXATIOUS LITIGANT ORDER AND TO CLOSE THIS MATTER |

Plaintiff Madiha Miner filed this lawsuit on July 8, 2019. (*See* Compl. (Dkt. # 1).) To date, Defendant United States Federal Government ("the Government") has not appeared; nor is there any evidence that Ms. Miner has served the Government.[1] (*See generally* Dkt.)

---

[1] Ms. Miner has filed a notice of appeal concerning the court's denial of her motion to recuse. (*See* Not. of App. (Dkt. # 15); *see also* Order Denying Mot. to Recuse (Dkt. # 13).) Ordinarily, a notice of appeal divests the district court of jurisdiction. *See In re Rains*, 428 F.3d 893, 903 (9th Cir. 2005). However, if the order at issue is interlocutory, an appeal is premature and does not transfer jurisdiction to the appellate court. *See id.* (citing *Riggs v. Scrivner, Inc.*,

ORDER - 1

On August 14, 2019, the court entered a vexatious litigant order against Ms. Miner. *See In re Madiha Miner*, No. MS19-0106JLR (W.D. Wash.), Dkt # 1; *see also Miner v. Soc. Sec. Admin., et al.*, No. C19-0821JLR (W.D. Wash.), Dkt. # 21. The court's vexatious litigant order is based upon Ms. Miner's litigation conduct in this district, which includes the filing of 12 lawsuits in less than four months—eight of which have already been dismissed. *See generally id.* In addition, Ms. Miner filed more than 80 motions in her 12 suits. *See generally id.* The court has either denied or struck all of Ms. Miner's motions that it has considered so far, which includes more than 50. *See generally id.* The court has already expended substantial judicial resources dealing with Ms. Miner's lawsuits. *See generally id.* Thus, to preserve judicial resources and because no defendant has appeared or been served to date, the court will consider Ms. Miner's complaint in this matter pursuant to the litigation restrictions against her established in its August 14, 2019, vexatious litigant order.

Accordingly, the court DIRECTS the Clerk to (1) re-file Ms. Miner's complaint (Dkt. # 1) in the miscellaneous matter, MS19-0106JR, established pursuant to the court's

//

//

//

---

927 F.2d 1146, 1148 (10th Cir. 1991)). The Ninth Circuit Court of Appeals has repeatedly held that it has no jurisdiction to hear an appeal from the district court's denial of a motion for recusal. *See, e.g.*, *Baltuff v. United States*, 35 F.2d 507 (9th Cir. 1929) (holding that there is no jurisdiction over an interlocutory order denying a motion for recusal); *McColgan v. Lineker*, 289 F. 253 (9th Cir.1923) (same). Accordingly, the court concludes that jurisdiction over this matter remains with this court.

vexatious litigant order, (2) strike all of Ms. Miner's pending motions in this matter (Dkt. ## 6-8, 11, 16-20), and (3) administratively close this civil matter.

Dated this 14th day of August, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 3